RECEIVED
MAR - 4 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELLEY REBECCA ROBERTS, ET AL.** | *CIVIL NO. 6:09-0162 |
| **VERSUS** | *JUDGE DOHERTY |
| **SMITHKLINE BEECHAM CORPORATION** | *MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion for Voluntary Dismissal [rec. doc. 50] is **GRANTED**, and accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, conditioned on the plaintiffs' stipulation that they will not seek punitive damages in Pennsylvania state court.

Thus done and signed this 4 day of March, 2010 at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE